THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PENCE CONTRACTORS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STARR INDEMNITY AND LIABILITY COMPANY,<br><br>　　　　Defendant. | No. 3:24-cv-05799-KKE<br><br>**ORDER GRANTING THE PARTIES' STIPULATED MOTION TO EXTEND THE JSR DEADLINE** |

The parties have agreed to extend the deadline for filing a joint status report by 21 days. Dkt. No. 14. The Court finds good cause to extend the deadline and therefore GRANTS the parties' stipulated motion. The parties shall file their joint status report no later than February 24, 2025.

Dated this 4th day of February, 2025.

_Kymberly K. Evanson_
Kymberly K. Evanson
United States District Judge

ORDER GRANTING THE PARTIES' STIPULATED MOTION
TO EXTEND THE JSR DEADLINE - 1
Case No.: 3:24-cv-05799-KKE
75489504\1