UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PENCE CONTRACTORS LLC,<br><br>         Plaintiff(s),<br>    v.<br><br>STARR INDEMNITY AND LIABILITY COMPANY,<br><br>         Defendant(s). | CASE NO. C24-5799-KKE<br><br>ORDER OF DISMISSAL |

The parties have notified the Court that they have settled this case. As it appears that no issue remains for the Court's determination, the Court ORDERS that this action and all claims asserted herein are DISMISSED without prejudice and without costs to any party.

The deadline previously set (Dkt. No. 15) is hereby VACATED and the Clerk is directed to close this case. In the event that the settlement is not perfected, any party may move to reopen the case within 60 days of this order.

Dated this 25th day of February, 2025.

*Kymberly K Evanson*
_____
Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1